# EXHIBIT B

HELP CHANGE LIVES →

(/becausehamilton)
# Hamilton

# COVID-19 INFORMATION
# COVID-19 TASK FORCE

**OPERATING STATUS**

**Alert Level Blue (/covid19-information/operating-status-grid-spring-2022)**



## Karen Leach
TASK FORCE CHAIR, VICE PRESIDENT FOR ADMINISTRATION AND FINANCE
kleach@hamilton.edu



## Roger Wakeman
TASK FORCE DEPUTY CHAIR, ASSOCIATE VICE PRESIDENT FOR FACILITIES AND PLANNING



## Lucy Burke
DIRECTOR OF PROCUREMENT AND ADMINISTRATIVE SERVICES




DIRECTOR OF THE JOHNSON HEALTH CENTER AND PHYSICIAN ASSISTANT


## Nathan Goodale
ASSOCIATE DEAN OF FACULTY AND PROFESSOR OF ANTHROPOLOGY


## Jeff Landry
ASSOCIATE VICE PRESIDENT FOR STUDENT AFFAIRS




## Lisa Magnarelli '96
DIRECTOR OF COLLEGE EVENTS AND SCHEDULING


## Terry Martinez
VICE PRESIDENT AND DEAN OF STUDENTS


## Adina Mujica '24
STUDENT REPRESENTATIVE





### Joe Shelley
VICE PRESIDENT FOR LIBRARIES AND INFORMATION TECHNOLOGY



### Steve Stemkoski
DIRECTOR OF HUMAN RESOURCES



### Caz Ullem '24





### David Wippman
PRESIDENT

Hamilton College

(/)  198 College Hill Road, Clinton, NY 13323    315-859-4011