# EXHIBIT C



Shauna Hirshfield <sahirshf@hamilton.edu>

## Sam's Plan for Maternity Leave

11 messages

---

**Samantha O'Neil** <saoneil@hamilton.edu>     Thu, May 13, 2021 at 2:20 PM
To: Shauna Hirshfield <sahirshf@hamilton.edu>

Hi Shauna,

After discussing with you, I plan to take the following time off:
6-8 weeks of NYS Disability
4 weeks additional with PFL

Depending on the date that I have the baby, here are the tentative dates that I will be out. Note, the earliest they plan to induce currently is 39 weeks and they will not let me go past 41 weeks.

Date: 9/5 (39 weeks vaginal birth)
10/17 - 6 weeks later
11/14 - 4 weeks later
begin 11/15

Date: 9/5 (39 weeks csection)
10/31 - 8 weeks later
11/28 - 4 weeks later
..begin 11/29

Date: 9/12 (40 weeks vaginal birth)
10/24 - 6 weeks later
11/21 - 4 weeks later
begin 11/22

Date: 9/12 (40 weeks csection)
10/24 - 8 weeks later
11/21 - 4 weeks later
begin 11/22

Date: 9/19 (41 weeks vaginal)
10/31 - 6 weeks later
11/28 - 4 weeks later
begin 11/29

Date: 9/19 (41 weeks csection)
11/14 - 8 weeks later
12/12 - 4 weeks later
begin 12/13

Given the number of hours that I have worked so far this year, and the 6 weeks I will be out with no hours worked, I should be able to average 20 hours a week over the summer and up to the last date worked which should give me a total number of hours worked around 889 for a vaginal delivery and 849 for a csection - allowing much wiggle room for needing to work more once I return.

Also, since I will only be taking the 4 weeks of the PFL out of the 12, I believe that I will be able to take an additional 8 weeks over the course of the next year after the birth which I plan to only take sparingly/not all at once.

Let me know if this helps!

--
Samantha O'Neil
Discovery Team Coordinator, Hamilton College Maurice Horowitch
Career and Life Outcomes Center