# EXHIBIT D

On Tue, Jul 20, 2021 at 3:45 PM Michael (Mike) Thayer <mtthayer@hamilton.edu> wrote:
> Hi Samantha -
>
> Have your doctor provide us with a note requesting the exemption and the reason why and forward to me.
>
> thanks
>
> On Thu, Jul 8, 2021 at 9:59 AM Samantha O'Neil <saoneil@hamilton.edu> wrote:
>> Hi Mike,
>>
>> I just wanted to touch base because I saw the email earlier this week regarding all staff to be vaccinated and to contact HR if you believe you have a medical exemption. I am (obviously) pregnant and got pregnant before I was eligible for my vaccination and do not feel comfortable receiving it while pregnant. Is there something that I need to do to "apply" for a medical exemption?
>>
>> Thank you,
>> Samantha