# EXHIBIT

# F

---

**Samantha O'Neil** <saoneil@hamilton.edu>                                    Wed, Jul 28, 2021 at 4:55 PM
To: "Michael (Mike) Thayer" <mtthayer@hamilton.edu>
Cc: Karen Leach <kleach@hamilton.edu>, Shauna Hirshfield <sahirshf@hamilton.edu>

Hi Mike,

Just following up to make sure you were able to see this. Let me know if there's anything else that you need from me.

Sam
[Quoted text hidden]

---

**Michael (Mike) Thayer** <mtthayer@hamilton.edu>                             Wed, Jul 28, 2021 at 5:26 PM
To: Samantha O'Neil <saoneil@hamilton.edu>
Cc: Karen Leach <kleach@hamilton.edu>, Shauna Hirshfield <sahirshf@hamilton.edu>

Hi Samantha -

Exemption requests are getting reviewed by the committee.  I forwarded your exemption request to Steve Stemkoski for review with the committee.  Next review is this Friday.  Names are redacted from the requests.  I will let you know as soon as I hear back. thanks
[Quoted text hidden]