# EXHIBIT G

**Hamilton**
**Hill**

Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>

## Follow up
3 messages

---

**Stephen (Steve) Stemkoski** <sstemkos@hamilton.edu>
To: Samantha O'Neil <saoneil@hamilton.edu>

Fri, Jul 30, 2021 at 1:52 PM

Samantha,

As a follow-up to our conversation, the following is the information from the CDC that I referenced.
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/pregnancy.html

Best,
Steve

---

**Samantha O'Neil** <saoneil@hamilton.edu>
To: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>

Fri, Jul 30, 2021 at 4:35 PM

Thank you, Steve. I'll also need a written follow up of next steps and why my initial request was not sufficient so i can appropriately follow up.
[Quoted text hidden]

--
Samantha O'Neil
Discovery Team Coordinator, Hamilton College Maurice Horowitch Career and Life Outcomes Center
e:saoneil@hamilton.edu w:https://www.hamilton.edu/careercenter
a:198 College Hill Rd, Clinton, NY 13323

---

**Stephen (Steve) Stemkoski** <sstemkos@hamilton.edu>
To: Samantha O'Neil <saoneil@hamilton.edu>

Mon, Aug 2, 2021 at 10:11 PM

Samantha,

As we discussed, the note you submitted indicates that your doctor supports your decision to delay vaccination. The committee is requesting additional supporting documentation from your doctor that indicates that your doctor is directing you to not get the vaccine and why.
Steve

[Quoted text hidden]