# EXHIBIT H



Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>

## Medical exemption request

**Stephen (Steve) Stemkoski** <sstemkos@hamilton.edu>  Fri, Aug 13, 2021 at 9:38 PM
To: Samantha O'Neil <saoneil@hamilton.edu>

Samantha,

Thank you for submitting your medical vaccine exemption form to be reviewed by Hamilton's Vaccine Exemption Committee.
After a thorough review of your application, the committee has denied your medical exemption request.
As a result of this denial, you can choose to get vaccinated or work with Human Resources on various separation options.
Please feel free to reach out to me with any questions you may have.
Steve Stemkoski
315-225-4485

**Samantha O'Neil** <saoneil@hamilton.edu>  Fri, Aug 13, 2021 at 10:22 PM
To: "Stephen (Steve) Stemkoski" <sstemkos@hamilton.edu>
Cc: "Robert (Sam) Welch" <rswelch@hamilton.edu>, Shauna Hirshfield <sahirshf@hamilton.edu>

Just to clarify, the reasonable accommodation request per the EEOC that my supervisors requested to allow me to work remotely from 8/26 to 9/12 (which I am currently doing and have been doing since March 2020 despite the return to work due to the fact that I have no office on campus) was also denied?
[Quoted text hidden]

--
Samantha O'Neil
Discovery Team Coordinator, Hamilton College Maurice Horowitch Career and Life Outcomes Center
e:saoneil@hamilton.edu w:https://www.hamilton.edu/careercenter
a:198 College Hill Rd, Clinton, NY 13323