# EXHIBIT I

 Gmail

Zachary Oren <z.c.oren@gmail.com>

## Fwd: Medical exemption request
1 message

**Kathryn Hartnett** <kfh@attorneyhartnett.com>   Tue, Aug 31, 2021 at 5:22 PM
To: Zachary Oren <z.c.oren@gmail.com>

---------- Forwarded message ---------
From: **Samantha O'Neil** <saoneil@utica.edu>
Date: Tue, Aug 31, 2021, 5:11 PM
Subject: Fwd: Medical exemption request
To: Kathryn Hartnett <kfh@attorneyhartnett.com>


---------- Forwarded message ---------
From: **Stephen (Steve) Stemkoski** <sstemkos@hamilton.edu>
Date: Wed, Aug 25, 2021 at 11:32 PM
Subject: Re: Medical exemption request
To: Samantha O'Neil <saoneil@utica.edu>
CC: Joni Chizzonite <jchizzon@hamilton.edu>


Samantha,

Attached is the severance agreement you requested.
Regarding your timesheet, your supervisor can submit a paper timesheet to Payroll for the hours you worked.
Steve


On Wed, Aug 25, 2021 at 6:01 PM Samantha O'Neil <saoneil@utica.edu> wrote:
> Steve,
>
> My account was deleted while I was still In the middle of helping with student training as I have been for the past 6 days. I have several projects that I needed to close out tonight to assist my team that I wasn't able to complete now since no one notified me that my account would be deleted.
>
> I was told that you would be calling me today to discuss the severance agreement however I don't have access to it anymore since the account was deactivated. From what I was quickly able to review in between my sessions today, I will not be signing the agreement as I am not voluntarily resigning nor do I agree to the terms of the contract. I would like a copy of the severance agreement sent to me for my records.
>
> To date, I still have not received any of the answers to my questions I asked on Friday and earlier in the month. I also am unable to submit my timesheet now as I have lost access to webadvisor as well. All of this is adding unnecessary stress on my pregnancy. I am already 37 weeks pregnant and should not be having to deal with this when less than a month ago I was discussing my options with Mike Thayer in Human Resources of paid maternity leave which included 6/8 weeks NYS Disability, 4 weeks of Hamilton's Medical Fund, and 12 weeks of NYS Paid Family Leave, all of which I am now losing and don't have a plan in place to account for this loss.
>
> Thank you,
> Samantha O'Neil
>
> On Wed, Aug 25, 2021 at 12:11 AM Samantha O'Neil <saoneil@hamilton.edu> wrote:
>> Hi Steve

1-0017

Just checking in again because tomorrow is supposed to be the last day before I am let go and I have still not yet received a response.

Thank you,
Samantha O'Neil

On Fri, Aug 20, 2021 at 7:32 PM Samantha O'Neil <saoneil@hamilton.edu> wrote:
> Hi Steve,
>
> I just want to confirm the details of our phone conversation on Wednesday.
>
> As you stated, college policy is that a COVID-19 vaccination is required by August 26. As you are aware, I am 36 weeks pregnant and have chosen to delay my vaccination until after delivery. My medical exemption request that I submitted was denied by the college committee. Can I please have a copy of the college policy as well as an explanation of why my medical request was denied?
>
> In addition, my supervisors and I had requested a reasonable accommodation such as the option to testing, wearing a mask, and an extension of working remotely (which is what I am currently doing since 3/2020) from 8/26 to my due date of 9/12, or sooner given the condition that I could potentially deliver early. Can you confirm that this is also denied since I have not been notified by HR of a decision.
>
> Thanks
> Sam
>
> ---------- Forwarded message ---------
> From: **Samantha O'Neil** <saoneil@hamilton.edu>
> Date: Fri, Aug 13, 2021 at 10:22 PM
> Subject: Re: Medical exemption request
> To: Stephen (Steve) Stemkoski <sstemkos@hamilton.edu>
> CC: Robert (Sam) Welch <rswelch@hamilton.edu>, Shauna Hirshfield <sahirshf@hamilton.edu>
>
>
> Just to clarify, the reasonable accommodation request per the EEOC that my supervisors requested to allow me to work remotely from 8/26 to 9/12 (which I am currently doing and have been doing since March 2020 despite the return to work due to the fact that I have no office on campus) was also denied?
>
> On Fri, Aug 13, 2021 at 9:38 PM Stephen (Steve) Stemkoski <sstemkos@hamilton.edu> wrote:
>> Samantha,
>>
>> Thank you for submitting your medical vaccine exemption form to be reviewed by Hamilton's Vaccine Exemption Committee.
>> After a thorough review of your application, the committee has denied your medical exemption request.
>> As a result of this denial, you can choose to get vaccinated or work with Human Resources on various separation options.
>> Please feel free to reach out to me with any questions you may have.
>> Steve Stemkoski
>> 315-225-4485
>> --
>> Samantha O'Neil
>> Discovery Team Coordinator, Hamilton College Maurice Horowitch Career and Life Outcomes Center
>> e:saoneil@hamilton.edu w: https://www.hamilton.edu/careercenter
>> a: 198 College Hill Rd, Clinton, NY 13323
>> --
>> Samantha O'Neil

Discovery Team Coordinator, Hamilton College Maurice Horowitch Career and Life Outcomes Center
e:saoneil@hamilton.edu w:https://www.hamilton.edu/careercenter
a:198 College Hill Rd, Clinton, NY 13323

--

**Samantha O'Neil**
Discovery Team Coordinator, Hamilton College Maurice Horowitch Career and Life Outcomes Center

e:saoneil@hamilton.edu w:https://www.hamilton.edu/careercenter
a:198 College Hill Rd, Clinton, NY 13323

Make an appointment with me!



--

Samantha O'Neil

📎 **Samantha O'Neil Severance Agreement.pdf**
2396K