**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**SAMANTHA O'NEIL,**

        **Plaintiff,**

    **v.**

**HAMILTON COLLEGE; KAREN LEACH;
ROGER WAKEMAN; LUCY BURKE;
NATHAN GOODALE; JEFF LANDRY; LISA
MAGNARELLI; TERRY MARTINEZ;
ADINA MUJIC; JOE SHELLEY; STEVE
STEMKOSKI; CAZ ULLEM; DAVID
WIPPMAN,**

        **Defendants.**

---

**PARTIAL STIPULATION
OF DISMISSAL**

**Civil Action Number:**

**6:23-cv-1254**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above **DEFENDANTS KAREN LEACH, ROGER WAKEMAN, LUCY BURKE, NATHAN GOODALE, JEFF LANDRY, LISA MAGNARELLI, TERRY MARTINEZ, ADINA MUJIC, JOE SHELLEY, STEVE STEMKOSKI, CAZ ULLEM, and DAVID WIPPMAN** [hereafter referred to as the "individual Defendants"] be, and the same hereby is **discontinued and dismissed with prejudice**, each party to bear its own costs, including but not limited to attorney's fees.  This stipulation may be filed without further notice with the Clerk of the Court.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that **DEFENDANT HAMILTON COLLEGE** will use its best efforts to produce any of the

1

individual Defendants for depositions and/or at trial solely on notice without a subpoena and the accompanying fees.

 **IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that **DEFENDANT HAMILTON COLLEGE** takes the position that at all times relevant to the Complaint filed in this matter all of the individual Defendants acted within the scope of their employment with Defendant Hamilton College and acted to advance its interests.

 **IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that **DEFENDANT HAMILTON COLLEGE** forfeits and agrees not to raise any evidentiary objections it may have gained by the dismissal of the individual Defendants from this action.


Dated: January 17, 2024        /s/Zachary C. Oren
             Zachary C. Oren, Esq.
             *Attorney for Plaintiffs*
             Federal Bar Roll Number 603001
             401 Rutger Street
             Utica, NY 13501
             Cell:  (570) 441-8818
             Email: z.c.oren@gmail.com


Dated: January 17, 2024        /s/Suzanne M. Messer
             Suzanne M. Messer, Esq.
             Bond Schoeneck & King, PLLC
             Federal Bar Roll Number 514398
             *Attorney for Defendants*
             One Lincoln Center
             Syracuse, NY 13202
             Phone: (315) 218-8628
             Email: messers@bsk.com

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 01-18-2024

2

17055691.1